# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2018

157022

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC:  157022
COA:  334689
Muskegon CC:  16-000529-FH

BOBBY DALE KEYES, a/k/a BOBBI KEYES,
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 28, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2018



a1022

Clerk